**Donald Joseph BEDARD, Appellant,**

v.

**State of IOWA; City of Urbandale; Urbandale Police Department; Iowa Attorney General; Polk County Attorney; Polk County Executive, Appellees.**

No. 05–3888.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 19, 2006.

Filed: Dec. 27, 2006.

Donald Joseph Bedard, Edwardsville, IL, pro se.

Gordon Eugene Allen, Attorney General's Office, Barbara Ann Hering, Apryl M. Delange, Hopkins & Huebner, Michael Bernard O'Meara, Roger J. Kuhle, Polk County Attorney, Des Moines, IA, Mark Hunacek, Department of Transportation, Ames, IA, for Appellees.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

PER CURIAM.

Donald Joseph Bedard appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having conducted de novo review of the record, *see Wertish v. Krueger,* 433 F.3d 1062, 1064 (8th Cir.2006) (standard of review), we find the district court's analysis to be thorough and well reasoned, and we reject Bedard's arguments for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.